UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KENNETH T. CHAVEZ,
on behalf of himself and all others similarly situated,

                              Plaintiff(s),

-against-

L2 LIU INC d/b/a QUALITY INN NEAR SUNSET PARK,

                              Defendant(s).
-----------------------------------------------------------------X

MOTION FOR
DEFAULT JUDGMENT
Case No.: 1:20-cv-01388-ENV-JO

Plaintiff KENNETH T. CHAVEZ hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendant(s) L2 LIU INC d/b/a QUALITY INN NEAR SUNSET PARK, on the grounds that said Defendant(s) failed to answer or otherwise defend against the Complaint.

Dated: Great Neck, New York
         June 16, 2020

Respectfully submitted,

/s/   Mitchell Segal
_____
Mitchell Segal, Esq.
Law Offices of Mitchell S. Segal, P.C.
Attorney For Plaintiff
1010 Northern Boulevard, Suite 208
Great Neck, New York 11021
Tel.: (516) 415-0100
Fax: (516) 706-6631
msegal@segallegal.com

TO:  L2 LIU INC
       C/O DEPARTMENT OF STATE
       ONE COMMERCE PLAZA
       99 WASHINGTON AVENUE
       ALBANY, NEW YORK 12231

       L2 LIU INC
       d/b/a QUALITY INN NEAR SUNSET PARK
       4410 3rd AVENUE
       BROOKLYN, NEW YORK 11220